In the Matter of UPPER HUDSON RYE FLOUR MILLS,
INC., Respondent.

JOSEPH A. BRODERICK, Superintendent of Banks of the State of New York, in Charge of the Liquidation of THE BANK OF UNITED STATES, Appellant.

(Argued May 31, 1932; decided June 21, 1932.)

636

*Harold N. Cohen, Arthur Ofner, Warren C. Fielding* and *Carl J. Austrian* for appellant.

*Shirley Moore* and *Jean Fitzsimmons* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Dissenting: POUND, Ch. J., KELLOGG and CROUCH, JJ.